# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Vincent J. Cantera,                           :
                    Petitioner                :
                                              :
          v.                                  :          No. 2388 C.D. 2015
                                              :
Workers' Compensation Appeal                  :
Board (Worley and Obetz),                     :
                    Respondent                :


# **O R D E R**


NOW, October 28, 2016, upon consideration of petitioner's application for reargument and respondent's answer in response thereto, the application is denied.


MARY HANNAH LEAVITT,
President Judge